**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD A. COLLEY and FREDERICK D. MALCOMB, JR.**, Plaintiffs, v. **DEBORAH LEE JAMES** ***Air Force Secretary, et al.***, Defendants. | Civil Action No. 15-cv-1385 (TSC) |

The Defendants have filed a motion to dismiss the complaint. (ECF No. 6). Because a ruling on the motion to dismiss could potentially dispose of this case, the Court hereby advises the *pro se* Plaintiffs of their obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

The Plaintiffs are advised that the Court will rule on the Defendants' motion taking into consideration the facts proffered in the complaint, along with the Plaintiffs' response or opposition to the motion. The Plaintiffs' attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the Plaintiffs are directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire . . ..

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above**. Thus, failure to timely respond to the Defendants' motion or failure to address the arguments raised in the Defendants' motion carries with it the risk that the case will be dismissed.**

Accordingly, it is hereby

**ORDERED that the Plaintiffs shall file their opposition or other response to the Defendants' motion to dismiss no later than January 4, 2016. If the Plaintiffs do not respond by that date or do not fully respond to the arguments raised by the Defendants, the court may treat the Defendants' motion as conceded and dismiss the case.**

**The Clerk of the Court shall mail a copy of this order using a typewritten envelope to:**

**EDWARD A. COLLEY**
29364 Begonias Lane
Canyon Country, CA 91387

**FREDERICK D. MALCOMB, JR.**
27732 Rainier Road
Castaic, CA 91384

Date: December 9, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge